**IT IS ORDERED as set forth below:**

**Date: February 14, 2019**

                                                       **Paul Baisier**
                                        **U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| In re: | | CASE NUMBER: |
|---|---|---|
| **TWANISHA ONI ROBERTS**, | | **18-70608-PMB** |
| Debtor. | | CHAPTER 7 |

### ORDER ON DEBTOR'S PLEADING

This matter comes before the Court on a *Motion to Impose the Stay of Eviction for Bankruptcy Case# 18-70608* (Docket No. 26)(the "Pleading") filed by the above-referenced Debtor (the "Debtor") *pro se* on February 13, 2019.  In the Pleading, the Debtor references a pending district court action in the United States District Court for the Northern District of Georgia (the "District Court"), Case No. 18-cv-05229-MHC (the "District Court Action").  Upon review of the docket in the District Court Action, it appears the Debtor filed a pleading in the District Court Action that is nearly identical to the Pleading filed in this bankruptcy case.  It also appears that the District Court Action pleading was filed in the District Court on February 8, 2019, prior

to the filing date of the subject Pleading. Accordingly, it appears that the relief sought in the Pleading is subject to consideration by the District Court rather than this Court.

Based upon the foregoing, it is hereby

**ORDERED** that the relief sought in the Pleading is **DENIED** without prejudice as to the Debtor's ability to seek such relief in the District Court Action.

The Clerk is directed to serve copies of this Order upon the Debtor, the Chapter 7 Trustee, and the United States Trustee.

**[END OF DOCUMENT]**